JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MLODINOFF, | Case No. CV 19-7296 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| USAA GENERAL INDEMNITY COMPANY, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 29th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge